UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-3-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALEDIN ALI BLOUNT,<br>　　　　　Defendant. | ORDER |

This matter is before the Court on Defendant's unopposed motion to disclose to his appellate counsel copies of the Presentence Report and Addendum, the Statement of Reasons from this Court's Judgment, and the plea agreement for use in the preparation of Defendant's appeal.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**. The Clerk is directed to unseal the Presentence Report and Addendum, the Statement of Reasons from this Court's Judgment, and the plea agreement and to send the materials forthwith to Defendant's appellate counsel, and place the Report and Addendum, the Statement of Reasons from this Court's Judgment, and the plea agreement again under seal .

This the _5_ day of December, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES C. DEVER, III
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE